In the Matter of ELVIN LEBRON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [738 NYS2d 629] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered October 16, 2001, seeking to annul a determination of respondent after a Tier II hearing.

It is hereby ordered that said proceeding be and the same

hereby is unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). Present—Wisner, J.P., Scudder, Kehoe, Burns and Gorski, JJ.